■ In the Matter of the Claim of KAREN L. KLEPAREK, Appellant. TOWN OF NEWSTEAD, Respondent; JOHN F. HUDACS, as Commissioner of Labor, Respondent. [621 NYS2d 231] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 15, 1993, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Upon review of the record, we find that there is substantial evidence to support the Board's determination that claimant lacked good cause to quit her position as a part-time clerk for a Town Justice Court because of a decision not to convert her hourly wage position into a salaried one. The Board rationally found that no binding promises were made to claimant in this regard. Under the circumstances, we find no reason to disturb the Board's conclusion that claimant's disappointment over the situation did not constitute a compelling reason to leave her employment. Claimant's remaining arguments, including her assertion of due process violations, have been examined and found to be without merit.

Cardona, P. J., Mikoll, Crew III, White and Yesawich Jr., JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of HENRY E. HOWARD, Petitioner, v E. CYR, as Correction Officer at Bare Hill Correctional Facility, et al., Respondents. [621 NYS2d 950] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Franklin County) to review a determination of respondents which found petitioner guilty of violating certain prison disciplinary rules.

Upon review of the record, we find that there is substantial evidence to support the determination finding petitioner guilty of leaving his assigned area in the prison without permission and of being out of place when, without permission, he left the infirmary and went to the mess hall. The misbehavior report combined with the testimony of the hearing witnesses were sufficient to establish petitioner's guilt. While petitioner disagrees with the resolution of certain credibility issues, we find no reason on this record to disturb the determination of guilt.

Cardona, P. J., Crew III, Casey, Yesawich Jr. and Peters, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.